```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 11157
   DONNA J TASKEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
  SSN XXX-XX-2098


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/28/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.53% from remaining funds.

     The case was paid in full 04/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
DELL FINANCIAL SERVICES    SECURED             200.00           2.50         200.00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED             .00            .00
ASPIRE                     UNSECURED          7782.83            .00        1363.94
US BANK                    UNSECURED          6368.71            .00        1116.12
ECAST SETTLEMENT CORP      UNSECURED          5283.79            .00         925.98
ECAST SETTLEMENT CORP      UNSECURED           913.25            .00         160.05
NTB CREDIT PLAN            UNSECURED       NOT FILED             .00            .00
RESURGENT ACQUISITION LL   UNSECURED           226.95            .00          39.77
SAMS CLUB                  UNSECURED          1008.69            .00         176.77
SCHOLASTIC                 UNSECURED       NOT FILED             .00            .00
SEARS PAYMENT CENTER       UNSECURED       NOT FILED             .00            .00
SEARS CARD                 NOTICE ONLY     NOT FILED             .00            .00
SEARS MASTER CARD          UNSECURED       NOT FILED             .00            .00
SEARS CARD                 NOTICE ONLY     NOT FILED             .00            .00
WAL MART STORES INC        UNSECURED       NOT FILED             .00            .00
RESURGENT ACQUISITION LL   UNSECURED           233.07            .00          40.85
RESURGENT ACQUISITION LL   UNSECURED          3572.92            .00         626.15
MCGRATH & VELAZQUEZ        DEBTOR ATTY       1,800.00                       1,800.00
TOM VAUGHN                 TRUSTEE                                            387.87
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             6,840.00

PRIORITY                                        .00
SECURED                                      200.00
    INTEREST                                   2.50
UNSECURED                                  4,449.63
ADMINISTRATIVE                             1,800.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 11157 DONNA J TASKEY
```

```
TRUSTEE COMPENSATION                                        387.87
DEBTOR REFUND                                                  .00
                                      ----------------   ----------------
TOTALS                                        6,840.00           6,840.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
Dated: 07/28/08                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```